*Chief Judge Hogan*

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

# United States District Court

| | |
|---|---|
| | District **Of Columbia** |

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| **Daniel DeJesus Ayala** | **35730-083** | **CR99-026101** ᵗₕF |

Place of Confinement

**F.S.L. Elkton Post Office Box 10 Lisbon, Oh 44432 Unit G/A**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | V. | **Daniel DeJesus Ayala** |
| | | (name under which convicted) |

## MOTION

CASE NUMBER  1:05CV02236

JUDGE: Thomas F. Hogan

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 11/17/2005

1. Name and location of court which entered the judgment of convic

**District Court For The District Of Co**

2. Date of judgment of conviction _____ **December 9, 19**

3. Length of sentence _____ **Twelve Years And One Month**

4. Nature of offense involved (all counts) **Count (1) 21 U.S.C. §§841(b)(1)(A)(iii)**

**Cocaine Base. Count(2) 21 U.S.C. §§841(a)(1) And 841(b)(1)(B)**

**(iii) Cocaine Base.**

5. What was your plea? (Check one)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury   ☒
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐